PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVAN KUMAR RAMAKRISHNAIAH, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> USCIS, ET AL., <br><br> Defendant. | CASE NO. 2:24-CV-00384 DJC-AC <br><br> STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

The Defendants respectfully request a Second extension of time in which to respond to the Complaint, and counsel for Plaintiffs do not oppose. This case concerns Plaintiffs' form I-485 applications for adjustment of status, which Plaintiffs filed with U.S. Citizenship and Immigration Services ("USCIS") in August 2022. USCIS held Plaintiffs' interview on the application for January 13, 2023 and have since issued a Notice of Intent to Deny for Plaintiff Pavan Kumar Ramakrishnaiah's application. Plaintiff has until May 20, 2024, to submit a response. Following receipt of Plaintiff's response, the parties anticipate that this lawsuit will soon be rendered moot upon USCIS's completion of the adjudication.

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 24, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: April 22, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/CHRISTINA SULLIVAN CASTRO
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: April 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE